UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Glendon Hill</u>

       v.

                                         Civil No. 15-cv-324-JL

<u>Northern NH Correctional Facility,</u>
<u>Warden</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2015. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

                                                _____
                                                Joseph N. Laplante
                                                Chief Judge

Date: May 20, 2016

cc:   Glendon Hill, Pro se